**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION III**
1650 Arch Street
Philadelphia, Pennsylvania 19103-2029

## OFFICE OF REGIONAL COUNSEL

### TELECOPY TRANSMITTAL SHEET

DATE: 6-26-02

TO: Kim Collins

FROM: Yvette R.

PHONE #: US Atty's Office

PHONE #: (215) 814- 2

FAX NO.: 215 861 8647

FAX NO.: (215) 814-

Number of Pages (including transmittal sheet): 10

### CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR TH THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTEND RECIPIENT NOR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELI THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NO THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING ( ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED T TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPH ARRANGE FOR RETURN OF THE ORIGINAL DOCUMENTS TO US.

If transmission problems occur or you are not the intended recipient, please call: (215) 814-

### OFFICE OF REGIONAL COUNSEL FAX NUMBERS

5th FLOOR: (215) 814-2603          5th FLOOR: (215) 814-2
                    6th FLOOR: (215) 814-2601

NOTES/COMMENTS:

Customer Service Hotline: 1-800-438-2474

Ex. 1

**United States Attorney's Office Project Alcatraz**
**Case Summary Report**

Page: 1

| | | | |
|---|---|---|---|
| **USAOID** 2002V00775 | Caption Gilda Coker v. Christine Todd Whitman | | **Date Opened** 07/08/2002 |
| **Lead Agency** ZEPA | Environmental Protection | **Lead ASUA** BOCCHINO, LINDA L. | |
| **Prg Cat/COA** ED | Employment Discrimination Against the Government | **Case Type** | **Last Review** |
| **Statute** | | **Case Priority** None | |

| | | | |
|---|---|---|---|
| **Filing Date** 06/12/2002 | **Judge** DUBOIS, JAN E. | **Court#** 0203735 | |
| **Last Court** | **Trial Date** | | |
| **Next Court** | **Trial Likely?** | | |

**Defendants/Plaintiffs**   Coker, Gilda

**Case Description**   No service on USAO

**Case Status**

**To Be Done**

Bocchino -

Coker v. U.S.

CA# 02-3735

filed 6/12/02

EPA

Title VII

not served on USAO

Prior case CA# 92-5628
USAO# 1992V02548 handled by Bocchino

Ex 3

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Linda Shafer Bocchino*
*Direct Dial: 215-861-8323*
*Facsimile: 215-861-8647*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 12, 2002

Ms. Gilda M. Coker
232 S. Melville Street
Philadelphia, Pa  19139

Re:  <u>Coker vs. Chrtine Todd Whitman, Adm., EPA</u>
     USDC (EDPA)  No. 02-cv-3735

Dear Ms. Coker:

    It has come to our attention that you have filed the above-captioned matter in the United States District Court for the Eastern District of Pennsylvania. Please be advised that service of process has not be perfected under the Federal Rules of Civil Procedure, Rule 4.

    Specifically, in keeping with Rule 4{i} *Serving the United States, Its Agencies, Corporations, Officers or Emplolyees,* to perfect service, you must: (1) serve the Agency named by registered or certified mail, (2) serve the Office of the U.S. Attorney, 615 Chestnut Street, Suite 1250, Philadelphia by delivering a copy of the complaint to its receptionist or by mailing a copy of the complaint to the Office by registered or certified mail, and (3) serve the U.S. Attorney General by mailing a copy of the complaint by registered or certified mail.

    Unless and until you comply with the service requirement of Rule 4(i), no steps can be taken to respond to your lawsuit.

Very truly yours,

PATRICK L. MEEHAN
United States Attorney

*[signature: Linda Shafer Bocchino]*

LINDA SHAFER BOCCHINO
Assistant United States Attorney

Ex. 4

**LIONS - CIVIL OPEN LONG - [cvopen:1.12]**

Action  Edit  Record  Query  Window  Help

USAOID: 2002V00775   Caption: Gilda Coker v. Christine Todd Whitman

**CASE**
- Received Date: 08-JUL-2002
- Status: A  Active
- Criminal Potential:
- Cause of Act: ED  Employment Litigation Again
- Lit Resp: US  Case Handled Exclusively b
- US Role: D  U.S. is Defendant
- Branch: 1  Eastern Pennsylvania
- DOJ Division:
- DOJ Number:
- Case Restrict: Y  Yes
- Lit Track:
- Security:
- Special Proj:
- ADR Mode:
- Weight:
- Unit: CV  Civil
- Tribe:
- Reservation:
- Type:
- Related Flu Flag:
- Qui Tam Flag:
- Total Victims:

**COURT HISTORY**
- Court: DC  District Court
- Appeal Type:
- Filing Date: 12-JUN-2002
- Court Nbr: 0203735
- Service Date:
- Judge: JD  DUBOIS, JAN E.
- Start Date: 08-JUL-2002
- Disp:
- Disp Date:

**AUSA**
- Lead AUSA: LLS  BOCCHINO, LINDA L.
- Start Date: 08-JUL-2002

FRI,13-SEP-2002

Record: 1/1

Ex 5

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:02-cv-03735-HB

COKER v. WHITMAN  
Assigned to: HONORABLE HARVEY BARTLE III  
Referred to:  
Demand: $  
Lead Docket: None  
Related Cases: 93-04992  
Case in other court: None  
Cause: 28:1983 Civil Rights  

Date Filed: 06/12/02  
Jury Demand: None  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question  

**Plaintiff**

-----------------------

GILDA M. COKER, *U.S. ENVIRONMENTAL PROTECTION AGENCY*

represented by  GILDA M. COKER  
232 S. Melville Street  
Philadelphia, PA 19139  
PRO SE  

V.

**Defendant**

-----------------------

CHRISTINE TODD WHITMAN, *U.S. ENVIRONMENTAL PROTECTION AGENCY WASHINGTON D.C.*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/12/2002 | 1 | COMPLAINT against CHRISTINE TODD WHITMAN [dft] ( Filing fee $ 150 receipt number 793438.), filed by GILDA M. COKER [pla].(iy, ) (Entered: 06/13/2002) |
| 06/13/2002 |   | Summons Issued; 2 mailed to counsel, 1 given to U.S. Atty., 06/13/02. (iy, ) (Entered: 07/16/2002) |
| 06/20/2002 | 2 | ORDER THAT THE ABOVE CAPTIONED CASE IS REASSIGNED FROM THE CALENDAR OF THE HON. JAN E. DUBOIS TO THE HON. HARVEY BARTLE, III. SIGNED BY CLERK OF COURT MICHAEL E. KUNZ ON 6/20/02. 6/20/02 ENTERED AND COPIES MAILED.(kw, ) Additional attachment(s) added on 6/25/2002 (kw, ). (Entered: 06/20/2002) |

