# EXHIBIT 1

Case 2:02-cv-03735-HB    Document 10-2    Filed 11/22/2002    Page 1 of 10

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION III
1650 Arch Street
Philadelphia, Pennsylvania 19103-2029

OFFICE OF REGIONAL COUNSEL

**TELECOPY TRANSMITTAL SHEET**                DATE: 6-26-

TO: Kim Collins                                FROM: Yvette

PHONE #: US Atty's Office                      PHONE #: (215) 814-

FAX NO.: 215 861 8647                          FAX NO.: (215) 8

Number of Pages (including transmittal sheet): 10

**CONFIDENTIALITY NOTICE**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTE RECIPIENT NOR THE EMPLOYEE OR AGENT RESPONSIBLE FOR D THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKIN ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVE TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TEL ARRANGE FOR RETURN OF THE ORIGINAL DOCUMENTS TO US.

If transmission problems occur or you are not the intended recipient, please c
(215) 814-

OFFICE OF REGIONAL COUNSEL FAX NUMBERS

5th FLOOR: (215) 814-2603                      5th FLOOR: (215) 81
                    6th FLOOR: (215) 814-2601

NOTES/COMMENTS: _____

Customer Service Hotline: 1-800-438-2474

Ex 1

# EXHIBIT 2



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Linda Shafer Bocchino*
*Direct Dial: 215-861-8323*
*Facsimile: 215-861-8647*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 12, 2002

Ms. Gilda M. Coker
232 S. Melville Street
Philadelphia, Pa  19139

   Re:  Coker vs. Chrtine Todd Whitman, Adm., EPA
        USDC (EDPA)  No. 02-cv-3735

Dear Ms. Coker:

   It has come to our attention that you have filed the above-captioned matter in the United States District Court for the Eastern District of Pennsylvania. Please be advised that service of process has not be perfected under the Federal Rules of Civil Procedure, Rule 4.

   Specifically, in keeping with Rule 4(i) *Serving the United States, Its Agencies, Corporations, Officers or Emplolyees,* to perfect service, you must: (1) serve the Agency named by registered or certified mail, (2) serve the Office of the U.S. Attorney, 615 Chestnut Street, Suite 1250, Philadelphia by delivering a copy of the complaint to its receptionist or by mailing a copy of the complaint to the Office by registered or certified mail, and (3) serve the U.S. Attorney General by mailing a copy of the complaint by registered or certified mail.

   Unless and until you comply with the service requirement of Rule 4(i), no steps can be taken to respond to your lawsuit.

                                        Very truly yours,

                                        PATRICK L. MEEHAN
                                        United States Attorney

                                        LINDA SHAFER BOCCHINO
                                        Assistant United States Attorney



# EXHIBIT 3

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:02-cv-03735-HB

COKER v. WHITMAN
Assigned to: HONORABLE HARVEY BARTLE III
Referred to:
Demand: $
Lead Docket: None
Related Cases: 93-04992
Case in other court: None
Cause: 28:1983 Civil Rights

Date Filed: 06/12/02
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**
----------------------

GILDA M. COKER, *U.S. ENVIRONMENTAL PROTECTION AGENCY*

represented by GILDA M. COKER
232 S. Melville Street
Philadelphia, PA 19139
PRO SE

V.

**Defendant**
----------------------

CHRISTINE TODD WHITMAN, *U.S. ENVIRONMENTAL PROTECTION AGENCY WASHINGTON D.C.*

represented by JAMES G. SHEEHAN
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST
SUITE 1250
PHILADELPHIA, PA 19106-4476
215-861-8301
Email: jim.sheehan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

LINDA SHAFER BOCCHINO
U.S ATTORNEY'S OFFICE
615 CHESTNUT ST
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8323
Fax : 215-861-8647
Email: lynn.bocchino@usdoj.gov

| Filing Date | # | Docket Text |
| --- | --- | --- |

Ex 3

| Date | No. | Description |
|---|---|---|
| 06/12/2002 | 1 | COMPLAINT against CHRISTINE TODD WHITMAN [dft] ( Filing fee $ 150 receipt number 793438.), filed by GILDA M. COKER [pla].(iy, ) (Entered: 06/13/2002) |
| 06/12/2002 |  | Summons Issued; 2 mailed to counsel on 06/13/02, 1 given to U.S. Atty. (iy, ) (Entered: 09/24/2002) |
| 06/20/2002 | 2 | ORDER THAT THE ABOVE CAPTIONED CASE IS REASSIGNED FROM THE CALENDAR OF THE HON. JAN E. DUBOIS TO THE HON. HARVEY BARTLE, III. SIGNED BY CLERK OF COURT MICHAEL E. KUNZ ON 6/20/02. 6/20/02 ENTERED AND COPIES MAILED.(kw, ) Additional attachment(s) added on 6/25/2002 (kw, ). (Entered: 06/20/2002) |
| 09/13/2002 | 3 | Response to *Motion For Leave to File Response Out of Time* by CHRISTINE TODD WHITMAN, Memorandum, Certificate of Service. (Attachments: # 1) (BOCCHINO, LINDA) Modified on 9/16/2002 (np). (Entered: 09/13/2002) |
| 09/13/2002 | 4 | Acceptance of Service by U.S. Attorney, Re: accepted summons and complaint for CHRISTINE TODD WHITMAN on 9/13/2002, answer due 11/12/2002. (kw, ) (Entered: 09/16/2002) |
| 09/16/2002 | 5 | ORDER THAT DEFT'S MOTION FOR LEAVE TO FILE ITS RESPONSE OUT OF TIME PURSUANT TO F.R.C.P. 6(b)(2) IS GRANTED. SAID RESPONSE SHALL BE FILED & SERVED ON OR BEFORE 10/16/2002. SIGNED BY JUDGE HARVEY BARTLE III ON 9/16/02. 9/17/02 ENTERED AND COPIES MAILED AND FAXED.(kw, ) (Entered: 09/17/2002) |
| 10/11/2002 | 6 | MOTION for Extension of Time to File Response/Reply *in Compliance with 60 Day Rule of F.R.Civ.P. 12(a) and Certificate of Service* filed by CHRISTINE TODD WHITMAN.. (Attachments: # 1)(BOCCHINO, LINDA) (Entered: 10/11/2002) |
| 10/17/2002 | 7 | ORDER THAT DEFT'S MOTION FOR LEAVE TO FILE ITS RESPONSE OUT TIME PURSUANT TO F.R.C.P. 6(b)(2) IS GRANTED. SIGNED BY JUDGE HARVEY BARTLE III ON 10/17/02.10/17/02 ENTERED AND COPIES MAILED AND FAXED. (kw, ) (Entered: 10/17/2002) |
| 10/17/2002 | 8 | MOTION BY DEFT CHRISTINE TODD WHITMAN FOR EXTENSION OF TIME TO FILE RESPONSE IN COMPLIANCE WITH 60 DAY RULE OF F.R.C.P. 12(a), MEMORANDUM, CERTIFICATE OF SERVICE.(kw, ) (Entered: 10/18/2002) |
| 10/17/2002 | 9 | ORDER THAT DEFT HAS UNTIL 11/4/2002 IN WHICH TO FILE A RESPONSIVE PLEADING IN THIS MATTER & THAT SUCH FILING SHALL BE CONSIDERED TIMELY. SIGNED BY JUDGE HARVEY BARTLE III ON 10/17/02. 10/18/02 ENTERED AND COPIES MAILED AND FAXED.(kw, ) (Entered: 10/18/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/22/2002 09:18:57 | | | |
| **PACER Login:** | us5102 | **Client Code:** | |
| **Description:** | Docket Report | **Case Number:** | 2:02-cv-03735-HB |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |

# EXHIBIT 4

232 S.Melville Street
Philadelphia, PA 19139
August 28, 2002

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

RE: EPA FILE NO: 2001-0093-R3

RE: GILDA M.COKER
        vs
    CHRISTINE TODD WHITMAN, ADMINISTRATOR
    U.S. ENVIRONMENTAL PROTECTION AGENCY
    02-CV-3735


HONORABLE PATRICK L. MEEHAN
U.S. ATTORNEY
615 CHESTNUT STREET   SUITE 1250
PHILADELPHIA, PA 19106-4476


Dear Mr. Meehan,

Enclosed is a copy of the Civil Complaint filed in the U.S. District Court for the Eastern District of Pennsylvania June 12, 2002.

If additional information is required, please request via mail or phone. My phone numbers are, work 215/814-5432, home 215/222-6836.

Respectfully,

Gilda M. Coker

Gilda M. Coker


Enclosure(s)


Ex 4