IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILDA M. COKER<br>    Plaintiff | : | 02-cv-3735 |
| | : | |
| vs. | : | |
| | : | |
| Christine Todd Whitman, Adm., EPA<br>    Defendants | : | |
| | : | |

## PRAECIPE TO FILE ADMINISTRATIVE RECORD

AND NOW, comes Defendant by and through her counsel, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Linda Shafer Bocchino, Assistant United States Attorney, and hereby filed the EPA Office of Regional Counsel's administrative record, consisting of the documents produced in the course of the investigation into plaintiff's EEO Agency Complaint File No. 2001-0093-R3.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

_____

JAMES G. SHEEHAN
Chief, Civil Division

_____

LINDA SHAFER BOCCHINO
Assistant United States Attorney

Filed: November 26, 2002

CERTIFICATE OF SERVICE

    I, Linda Shafer Bocchino, Assistant United States Attorney, hereby certifies that I causes a true and correct copy of the within *Praecipe and Administrative Claim File*, was served this day, by First Class mail, prepaid, upon:

> GILDA COKER
> 232 S. Melville Street
> Philadelphia, PA   19139

By: _____
     LINDA SHAFER BOCCHINO

Dated: November 26, 2002