IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILDA M. COKER | : | 02-cv-3735 |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Christine Todd Whitman, Adm., EPA | : | |
|     Defendants | : | |
| | : | |

## PRAECIPE TO FILE DECLARATIONS

AND NOW, comes Defendant by and through her counsel, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Linda Shafer Bocchino, Assistant United States Attorney, and hereby file the Declarations of Karen Higginbotham, Acting Director, EPA Office of Civil Rights, with exhibits thereto.

                                          Respectfully submitted,

                                          PATRICK L. MEEHAN
                                          United States Attorney

                                          _____
                                          JAMES G. SHEEHAN
                                          Chief, Civil Division

                                          _____
                                          LINDA SHAFER BOCCHINO
                                          Assistant United States Attorney

Filed: November 26, 2002

CERTIFICATE OF SERVICE

    I, Linda Shafer Bocchino, Assistant United States Attorney, hereby certifies that I causes a true and correct copy of the within *Praecipe to File the Declarations of Karen Higinbotham, Acting Director, EPA Office of Civil Rights, with exhibits thereto*, was served this day, by First Class mail, prepaid, upon:

        GILDA COKER
        232 S. Melville Street
        Philadelphia, PA   19139


By: _____
      LINDA SHAFER BOCCHINO


Dated: November 26, 2002