```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GILDA M. COKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHRISTINE TODD WHITMAN, | : | |
| U.S. ENVIRONMENTAL PROTECTION | : | |
| AGENCY | : | NO. 02-3735 |

ORDER

AND NOW, this        day of December, 2002, it is hereby ORDERED that the unopposed motion of defendant to dismiss plaintiff's complaint is GRANTED.

_____

Plaintiff, an employee of the Environmental Protection Agency, has sued the Government alleging three instances of race, color, reprisal, and age discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and under the Age Discrimination in Employment Act, 29 U.S.C. § 633a et seq.

She filed her complaint with the Equal Employment Opportunity Commission ("EEOC") on May 18, 2001. It dismissed her complaint on March 11, 2002. With respect to the first of her three claims, she failed to cooperate with the EEOC investigation. With respect to the two remaining claims, she failed to act in a timely manner before the EEOC.

BY THE COURT:

_____
J.