IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GILDA M. COKER** | : | CIVIL ACTION NO. 02-CV-3735 |
| **Plaintiff**, | : | |
| v. | : | |
| **Christine Todd Whitman, Adm. EPA** | : | |
| **Defendant.** | : | |

## ENTRY OF APPEARANCE

**To The Clerk Of Courts:**

Kindly enter my appearance on behalf of Gilda Coker, Plaintiff in the above-captioned matter.

Dated: December__, 2002

                                              _____
J. Edward McCain III, Esquire
Attorney I.D. No. 85419
THE LAW OFFICES OF
J. EDWARD MCCAIN III
1800 Callowhill Street
Philadelphia, PA 19130
(215) 557-0151

Attorney for Plaintiff
Gilda Coker

## PROOF OF SERVICE

      I, J. Edward McCain III, hereby certify that on this ___ day of December, 2002, I caused a true and correct copy of the foregoing **Entry of Appearance** to be served by United States first class mail, postage prepaid, upon the following:

> Patrick L. Meehan
> United States Attorney
> C/O Linda Shafer Bocchino, AUSA
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106-4476

 

_____
J. Edward McCain III, Esquire
THE LAW OFFICES OF
J. EDWARD MCCAIN III
1800 Callowhill Street
Philadelphia, PA 19130

Attorney for Plaintiff