IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILDA M. COKER<br>   Plaintiff | 02-cv-3735 |
| vs. | |
| Christine Todd Whitman, Adm., EPA<br>   Defendants | |

STIPULATION TO DISMISS
PURSUANT TO FED.R.CIV.P. 41(a)

AND NOW, this _____ of April, 2003, come the Parties, by and through their undersigned counsel, and hereby stipulate to dismiss the within action with prejudice, each side to bear its own court costs and attorney fees.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

_____
VIRGINIA A. GIBSON
Chief, Civil Division

_____          _____
J. EDWARD McCAIN, Esq.                    LINDA SHAFER BOCCHINIO
Counsel for Plaintiff                     Counsel for Defendants

APPROVED BY THE COURT:

_____
HARVEY BARTLE, III
Judge, United States District Court

## CERTIFICATE OF SERVICE

    I, Linda Shafer Bocchino, Assistant United States Attorney, hereby certify that a true and correct copy of the within *Stipulaton to Dismiss Pursuant to F.R.Civ.P. 41(a) )* was served this day by U.S. Mail, first class, postage prepaid upon:

    J. EDWARD McCAIN III
Law Offices - 3d Floor
1800 Callowhill Street
Philadelphia, PA   19130

_____
LINDA SHAFER BOCCHINO
Assistant U.S. Attorney

Date:   April ___, 2003